UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>    v.     )<br> )<br>RYAN B. BUTTERWORTH )<br>    a/k/a "Butter"     ) | Criminal No. 06-62-P-H |

**INFORMATION CHARGING PRIOR CONVICTION**
**(21 U.S.C. § 851)**

The United States Attorney charges:

At the time of the commission of the offenses charged in the above-captioned Superseding Indictment, the defendant,

**RYAN B. BUTTERWORTH**
**a/k/a "Butter"**

had been convicted of the following felony drug offense:

Unlawful Trafficking in a Schedule W Drug, in violation of 17-A M.R.S.A. § 1103, a Class B felony, in the Cumberland County Superior Court, State of Maine, Docket No. CR99-864, judgment having been entered on October 25, 1999.

The United States intends to rely upon this conviction in seeking the imposition of the enhanced penalties available under Title 21 U.S.C. § 841(b)(1)(B).

Dated at Portland, Maine this 18th day of August, 2006.

PAULA D. SILSBY
United States Attorney

/s/ Craig M. Wolff
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the Information Charging Prior Conviction with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John P. DeGrinney, Esq.
jplaw@maine.rr.com

Thomas J. Greco, Esq.
tomgreco@maine.rr.com

PAULA D. SILSBY
United States Attorney

/s/ Craig M. Wolff
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov